JDL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

PAULINE WILTSHIRE,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - X

U N S E A L I N G
O R D E R

10 M 1395

       Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Justin D. Lerer, for an order unsealing the complaint in the above-captioned matter.

       WHEREFORE, it is ordered that the complaint in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
        December 28, 2010

UNIT
EAST___  _____ __ ___ ____

** TOTAL PAGE.02 **