UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __10-1395M__
2) Defendant's Name: __Wiltshire__ __Pauline__ _____
   (Last)                  (First)              (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No   Other District: _____
8) Name of Interpreter used today: _____ Language: _____
9) Arraignment on complaint held: __✓__Yes ___No   Date/Time: __1/5/11__
10) Detention Hearing Held:___ Bail set at: __$100,000__ ROR Entered:___ POD Entered:___
11) Temporary Order of Detention Entered:___ Bail Hearing set for: _____
12) (a) Preliminary Hearing set for: _____; or waived: __✓__
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: __Allon Lifshitz for__
13) ASSISTANT U.S. ATTORNEY: __Justin Lerer__
14) DEFENSE COUNSEL'S NAME: __Paul Kish__
    Address: _____
    Bar Code: _____ CJA:___ FDNY:___ RET:__✓__
    Telephone Number:(___) _____
15) LOG #: __2:52 - 2:57__ MAG. JUDGE: __Pohorelsky__
16) __✓__ Defendant was advised of bond conditions by the Court and signed the bond.
    __1__ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed:___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20___

UNITED STATES MAGISTRATE JUDGE