UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA                ADMISSION TO PRACTICE
                                            PRO HAC VICE
        - against -
                                            10-MJ-1395
PAULINE WILTSHIRE,

            Defendant.

------------------------------X

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Paul S. Kish is permitted to argue or try this particular case in whole or in part as counsel or advocate for defendant Pauline Wiltshire.

This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed case will be made on the roll of attorneys.

Dated:

                                    United States ~~District~~ Judge
                                             Magistrate

cc: Pro Hac Vice Attorney
    Court File